FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2020

No. 04-20-00125-CV

**PAY AND SAVE, INC.**,
Appellant
v.
Roel **CANALES**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

## O R D E R

    Appellant's Third Motion for Extension of Time to File Brief is hereby GRANTED. No further extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court